**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAMAN S. PATEL,**<br>*Plaintiff,*<br><br>**v.**<br><br>**THOMAS FOSTER and EDWARD YOST,**<br>*Defendants.* | **Civ. No. 25-5751** |

**ORDER**

**AND NOW**, this 11th day of September, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 8) and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is further **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

Mary Kay Costello

MARY KAY COSTELLO
United States District Judge